or that the manner in which the merchandise was weighed was not in accordance with the regulations established by the Secretary of the Treasury. Although the correctness of the weights returned by the Government weighers of the tare of paper wrappings and cartons was challenged by the importer, no evidence was submitted to establish that such weights did not represent the tare. The court is of opinion that that fact could have been readily established.

This court is concerned with the question of whether or not the net landed weights, as returned by the collector, upon which duty was assessed, were the weights of the mint candy in question, and with the manner in which such weights were derived. It is not, however, concerned with the time elapsing between the reports of the weighing officers and the collector's liquidation of the entries. The law prescribes no time limit within which the collector shall make his original liquidation. *Vitelli & Son* v. *United States*, 7 Ct. Cust. Appls. 243, T. D. 36544.

The case of *B. Mirsky & Son* v. *United States*, 24 Cust. Ct. 378, Abstract 54059, cited by the plaintiff is not in point in the pending case. In that case, the plaintiff established that the Government weigher had used a wrong method in obtaining the tare. No such evidence is before the court here. In the case of *Atlas Converting Co.* v. *United States*, 26 Cust. Ct. 198, C. D. 1324, it was held that the estimated weight, as obtained by the Government weighers, was the weight upon which duty is assessable, even though the tare weight was shown not to be uniform, when the evidence failed to establish the actual weight of the net landed quantity.

Inasmuch as the evidence adduced herein fails to controvert the correctness of the return of net weight of the mint candies in question, the presumption of correctness of the collector's action has not been overcome. Judgment will therefore be entered in favor of the Government.

JUNE 21, 1951

**No. 55693.**—Edward P. Paul & Co., Inc., and Sinaco Co., Inc. *v.* United States, protests 169530–K and 169933–K.▬ ▬ Plaintiff's application for rehearing granted.

BEFORE THE FIRST DIVISION, JUNE 25, 1951

**No. 55694.**—Joseph Blank et al. *v.* United States, protests 169160–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 55695.**—E. Lembeck & Bros. *v.* United States, protests 170376–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 55696.**—H. R. Benedict & Sons, Inc., et al. v. United States, protests 137660–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55697.**—Geo. F. Bassett & Co., Inc., et al. v. United States, protests 138815–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55698.**—Artisan Products Import, Ltd., et al. v. United States, protests 148151–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55699.**—Aziz Importing Co. et al. v. United States, protests 153579–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55700.**—Anco Import Corp. et al. v. United States, protests 156953–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55701.**—The Fan Company et al. v. United States, protests 169314–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55702.**—Kopf Mfg. Co., Inc. v. United States, protest 167543–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of parts of saddles, which saddles are in part of pigskin and valued at more than $40 each, similar in all material respects to those the subject of Abstract 54419, the claim of the plaintiff was sustained.